**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **22 Maple Street, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **90-1027450** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1600 63rd St**<br>**Brooklyn, NY 11204-2713**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings**<br>County | **Location of principal assets, if different from principal place of business**<br><br>**22 Maple St Amesbury, MA 01913-1304**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | __22 Maple Street, LLC__ | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__631311__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor __See Attachment__ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor      **22 Maple Street, LLC**                                          Case number (*if known*) _____
            Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |
| | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

███ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | .    *Check one:* |
| | ☒ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| | | | |
|---|---|---|---|
| **15. Estimated Assets** | ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **22 Maple Street, LLC**
          _____    Case number (*if known*) _____
          Name

▓▓▓▓▓    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**of authorized**
**representative of debtor**    I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2018**
               _____
               MM / DD / YYYY

*X* **/s/ YC Rubin**                                    **YC Rubin**
_____            _____
Signature of authorized representative of debtor        Printed name

Title    **Chief Restructuring Officer**
         _____

**18. Signature of attorney**    *X* **/s/ Kevin J. Nash**                    Date **February 14, 2018**
                                 _____         _____
                                 Signature of attorney for debtor             MM / DD / YYYY

**Kevin J. Nash**
_____
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
_____
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(212) 221-5700**         Email address    **knash@gwfglaw.com**
                 _____                          _____

**Kevin J. Nash NYE**
_____
Bar number and State

Debtor    __22 Maple Street, LLC_____    Case number (*if known*) _____
               Name

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td colspan="2">EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION_____</td></tr>
<tr><td>Case number (*if known*) _____</td><td>Chapter __11__</td></tr>
</table>

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **90 West Street LLC**_____ | | Relationship to you | **Affiliate**_____ |
| District | **Eastern District of New York**_____ | When __1/30/18__ | Case number, if known | **18-40515-NHL**_____ |
| Debtor | **Keen Equities LLC**_____ | | Relationship to you | **Affiliate**_____ |
| District | **Eastern District of New York**_____ | When __11/12/13__ | Case number, if known | **13-46782-NHL**_____ |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                    Chapter 11

22 Maple Street, LLC,                                     Case No.
25 Oriol Drive, LLC,                                      Case No.
59 Coolidge Road, LLC,                                    Case No.
20 Kinmonth Road, LLC,                                    Case No.

                              Debtors.[1]

------------------------------------------------------------x

## CONSOLIDATED DECLARATION OF Y.C. RUBIN
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

     Y.C. Rubin declares the following under penalties of perjury pursuant to 28 U.S.C. §1967:

    1.    I am the Chief Restructuring Officer of 22 Maple Street, LLC, 25 Oriol Drive, LLC, 59 Coolidge Road, LLC, and 20 Kinmonth Road, LLC (collectively, the "Debtors"). I have been appointed by the active members to head-up the Debtors' efforts to restructure and reorganize their financial and legal affairs.

### Overview

    2.    This Chapter 11 filing is being made on an emergency basis in light of a pending foreclosure action (since removed to the Federal Court) in which a motion for the appointment of a receiver has been filed by the Debtors' lending banks, acting through their joint agent, Capital Finance LLC ("CF"). The total secured debt owed to CF is approximately $31,110,000. From my review of the loan documents, it appears that each of the Debtors is jointly and severally liable for the entire secured debt.

---

[1] The Debtors intend to file a motion pursuant to Fed. R. Bank. P. 1015(b) for entry of an order directing joint administration of these related Chapter 11 cases.

3.     While restructuring negotiations with CF have recently re-commenced in the hope of obtaining a Third Forbearance Agreement, the Debtors have opted to seek Chapter 11 relief in an effort to preserve the *status quo*.

4.     I am currently serving in a similar chief restructuring capacity in connection with the related Chapter 11 proceeding before this Court of 90 West Street LLC (Case No. 18-40515), ("90 West"). 90 West is an affiliate of the Debtors, having common principals and investors.

5.     Like 90 West, the Debtors are also real estate holding companies that own real property from which other affiliated entities operate nursing home facilities, commonly referred to by the parties as the "Villages".

6.     In my capacity as Chief Restructuring Officer, I respectfully submit this Consolidated Declaration in support of the Debtors' respective Chapter 11 filings in accordance with the Local Rules of this Court.

7.     The respective Debtors will be moving to have their cases jointly administered for procedural purposes. This Declaration is being filed for all of the Debtors and reflects the proposed joint caption for the related bankruptcy proceedings.

8.     The purpose of this Declaration is to provide pertinent information regarding the circumstances prompting the Chapter 11 filings, the Debtors' respective assets, capital structure, and strategies for reorganization.

### Salient Events Leading up to the Chapter 11 Filings

9.     The Debtors were organized on or about August 27, 2013 to acquire real property associated with four nursing homes under the so-called "Villages" portfolio. The acquisition included the following real property, together with the facilities located at each of the properties (the "Properties"):

2

| Name of Debtor | Address of Real Property | Operating Facility |
|---|---|---|
| 22 Maple Street, LLC | 22 Maple Street, Amesbury, MA | Merrimack Valley Health Center |
| 25 Oriol Drive, LLC | 25 Oriol Drive Worcester, MA | Worcester Health Center |
| 59 Coolidge Road, LLC | 59 Coolidge Road Watertown, MA | Watertown Health Center |
| 20 Kinmonth Road, LLC | 20 Kinmonth Road Newton, MA | Waban Health Center |

10.     The Properties are each encumbered by a first mortgage lien and security interest securing four term loans in the original aggregate balance of $36,856,627, made on or about March 4, 2014, with CF as the Agent for the four syndicated lenders.

11.     The facilities have been operating reasonably well, although not at a level which would allow refinancing of the underlying mortgage debt.

12.     On or about February 12, 2016, the Debtors entered into a forbearance agreement with CF.  This agreement was then extended through a second forbearance agreement as of December 30, 2016, which has now expired.

13.     In recent weeks, CF commenced foreclosure proceedings against the Debtors and the related operating facilities.  While this litigation is still in its infancy, CF has moved for an order appointing a receiver to take control of the Debtors' Properties.  The prospect of a receiver will adversely impact the Debtors' ability to obtain a negotiated restructuring from CF. Accordingly, the goal of the Chapter 11 filings is to obtain a cooling-off period during which time good faith negotiations can proceed on a relatively level playing field.

**Local Rule 1007 Disclosures**

14.     Pursuant to Local Rule 1007-4(a)(iii-iv), no committees were formed prior to the filing of the Petitions.

15.     Pursuant to Local Rule 1007-4(a)(v), a list of the names and addresses of the creditors holding the 20 largest unsecured claims against each of the Debtors is attached to the respective Petitions.

16.     Pursuant to Local Rule 1007-4(a)(v), CF, as agent, is the Debtors' primary secured creditor, with a current balance of $31,110,000.

17.     Pursuant to Local Rule 1007-4(a)(vii), the primary assets each Debtor consist of the respective real property housing the affiliated operating facilities, as listed above in paragraph "8".

18.     Pursuant to Local Rule 1007-4(a)(vii), the liabilities of each Debtor, including secured debt, plus certain real estate taxes and utilities.

19.     Pursuant to Local Rule 1007-4(a)(vii), a list of equity holders is attached to each of the respective Petitions.

20.     Pursuant to Local Rule 1007-4(a)(ix), (x) and (xi), the real property owned by the respective Debtors, as listed above, currently remains in the possession of the Debtors.

21.     Pursuant to Local Rule 1007-4(a)(xii), the Debtors' members receive no compensation.

22.     Pursuant to Local Rule 1007-4(a)(xix-xvi), a 30-day budget will be prepared shortly after the filing in connection with cash collateral negotiations with CF.

Dated: Brooklyn, NY
February 14, 2018                          /s/ Y.C. Rubin
                                           By: Y.C. Rubin
                                           Title: Chief Restructuring Officer

### MEMBER CONSENTS AND RESOLUTIONS OF
### 22 MAPLE STREET, LLC, 25 ORIOL DRIVE, LLC,
### 59 COOLIDGE ROAD, LLC AND 20 KINMONTH ROAD, LLC

WHEREAS, the Active Members of **22 Maple Street, LLC, 25 Oriol Drive, LLC, 59 Coolidge Road, LLC, and 20 Kinmonth Road, LLC** (collectively the "Companies") hereby resolve to take appropriate legal action in light of pending foreclosure proceedings in which the appointment of a receiver has been sought; and

WHEREAS, in view of the foregoing, the Companies believe that the filing of Chapter 11 cases will be beneficial to the interest of all the Companies; and

WHEREAS, the Active Members have previously been notified that Avi Lipschutz will resign from the Companies once a change in the operating licenses for Waban Health Center LLC, Merrimack Valley Health Center LLC, Watertown Health Center LLC and Worcester Health Center LLC have been approved by applicable state agencies; and

WHEREAS, in view of the pending foreclosure proceedings, including a motion for the appointment of a receiver, the Active Members have determined that it would also be in the best interest of the Companies to retain Y C Rubin as Chief Restructuring Officer for the purpose of commencing voluntary cases under title 11 of the United States Code on behalf of each of the Companies;

NOW, THEREFORE, the undersigned, being the Active Members of the Companies, do hereby certify that we waive any meeting and adopt the following resolutions:

RESOLVED, that the Companies are authorized to retain Y C Rubin effective immediately as Chief Restructuring Officer to lead the restructure of the Companies' respective business and legal affairs; and it is further

RESOLVED, that each of the Companies is authorized to file for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court (the "Bankruptcy Court") for the Eastern District of York (the "District"); and it is further

RESOLVED, that Y C Rubin is hereby authorized, directed and empowered to execute and deliver, on behalf of each of the Companies, the bankruptcy petition and all documents and other instruments that may be required in connection with the respective bankruptcy proceedings (the "Bankruptcy Proceeding"), and to do all such other things on behalf of the Companies as may be required in connection with the Bankruptcy Proceeding; and it is further

RESOLVED, that the Companies are authorized to retain Kevin J. Nash and the firm of Goldberg Weprin Finkel Goldstein LLC as its bankruptcy counsel for the Bankruptcy Proceeding.

Dated: Brooklyn, New York
February 14, 2018

Massachusetts Centers LLC

By: _____
Name: Zigmond Brach
Title: manager

_____
Larry Lipschutz

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                Chapter 11

22 Maple Street, LLC,                                       Case No.

                              Debtor.
------------------------------------------------------------x

## **LIST OF EQUITY HOLDERS**

                    Massachusetts Centers LLC

                    Avi "Zisha" Lipshutz (Resigned)

                    Larry Lipschutz


Dated: Brooklyn, New York
           February 14, 2018

                              22 Maple Street, LLC


                    By:     /s/ Y.C. Rubin
                              Name:  Y C Rubin
                              Title:   Chief Restructuring Officer

Fill in this information to identify the case:

Debtor name  **22 Maple Street, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 14, 2018**     X **/s/ YC Rubin**
Signature of individual signing on behalf of debtor

**YC Rubin**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   22 Maple Street, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW
YORK, BROOKLYN DIVISION

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital Finance LLC and Capital Funding LLC 1422 Clarkview Rd Baltimore, MD 21209-2385 | | Mortgage loan | | $31,110,090.97 | $0.00 | $31,110,090.97 |
| Chief Assessor, City of Amesbury 62 Friend St Amesbury, MA 01913-2825 | | Taxes | Disputed | | | $0.00 |
| City of Amesbury 62 Friend St Amesbury, MA 01913-2825 | | | | | | $294.08 |
| Hudson Energy PO Box 29193 New York, NY 10087-9193 | | Utility | | | | $7,820.44 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Disputed | | | $0.00 |
| Pennichuck 200 Concord St Nashua, NH 03064-1202 | | Utility | | | | $12,406.89 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **22 Maple Street, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Capital Finance LLC** | Describe debtor's property that is subject to a lien | **$31,110,090.97** | **$0.00** |

Creditor's Name

**and Capital Funding LLC
1422 Clarkview Rd
Baltimore, MD 21209-2385**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
_____

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$31,110,090.97**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **John O. Mirick, Esq.
Mirick, O'Connell et al
100 Front St
Worcester, MA 01608-1425** | Line **2.1** | |
| **Kenneth J. Ottaviano, Esq.
Katten Muchin Rosenman
525 W Monroe St
Chicago, IL 60661-3629** | Line **2.1** | |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor    **22 Maple Street, LLC**
                Name

Case number (if know) _____

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **22 Maple Street, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Chief Assessor, City of Amesbury**
*Check all that apply.*
☐ Contingent

**62 Friend St**
**Amesbury, MA 01913-2825**
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: **For notice purposes only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
☐ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: **For notice purposes only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **22 Maple Street, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294.08 |

**City of Amesbury**

62 Friend St
Amesbury, MA 01913-2825

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,820.44 |

**Hudson Energy**

PO Box 29193
New York, NY 10087-9193

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,406.89 |

**Pennichuk**

200 Concord St
Nashua, NH 03064-1202

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 20,521.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 20,521.41 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:                                                    Case No. _____

22 Maple Street, LLC _____    Chapter **11** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.


Date: **February 14, 2018** _____    _*/s/ YC Rubin*_ _____
                                          Debtor


                                          _____
                                          Joint Debtor


                                          _*/s/ Kevin J. Nash*_ _____
                                          Attorney for Debtor

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Capital Finance LLC
and Capital Funding LLC
1422 Clarkview Rd
Baltimore, MD   21209-2385


Chief Assessor, City of Amesbury
62 Friend St
Amesbury, MA   01913-2825


City of Amesbury
62 Friend St
Amesbury, MA   01913-2825


Hudson Energy
PO Box 29193
New York, NY   10087-9193


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA   19101-7346


John O. Mirick, Esq.
Mirick, O'Connell et al
100 Front St
Worcester, MA   01608-1425

Kenneth J. Ottaviano, Esq.
Katten Muchin Rosenman
525 W Monroe St
Chicago, IL  60661-3629


Pennichuk
200 Concord St
Nashua, NH  03064-1202