# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: jlecky | Date Created: 2/16/2018 |
| Case: 1−18−40816−nhl | Form ID: 309F | Total: 16 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | 22 Maple Street, LLC   1600 63rd Street   Brooklyn, NY 11204−2713 | |
| aty | Kevin J Nash   Goldberg Weprin Finkel Goldstein LLP   1501 Broadway   22nd Floor   New York, NY 10036 | |
| smg | United States of America   Secretary of the Treasury   15th Street & Pennsylvania Ave. NW   Washington, DC 20220 | |
| smg | NYS Unemployment Insurance   Attn: Insolvency Unit   Bldg. #12, Room 256   Albany, NY 12240 | |
| smg | NYS Department of Taxation & Finance   Bankruptcy Unit   PO Box 5300   Albany, NY 12205 | |
| smg | Internal Revenue Service   PO Box 7346   Philadelphia, PA 19101−7346 | |
| smg | NYC Department of Finance   345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201−3719 | |
| smg | Office of the United States Trustee   Eastern District of NY (Brooklyn Office)   U.S. Federal Office Building   201 Varick Street, Suite 1006   New York, NY 10014 | |
| 9197822 | Capital Finance LLC   and Capital Funding LLC   1422 Clarkview Rd   Baltimore, MD 21209−2385 | |
| 9197823 | Chief Assessor, City of Amesbury   62 Friend St   Amesbury, MA 01913−2825 | |
| 9197824 | City of Amesbury   62 Friend St   Amesbury, MA 01913−2825 | |
| 9197825 | Hudson Energy   PO Box 29193   New York, NY 10087−9193 | |
| 9197826 | Internal Revenue Service   Centralized Insolvency Operations   PO Box 7346   Philadelphia, PA 19101−7346 | |
| 9197827 | John 0. Mirick, Esq.   Mirick, O'Connell et al   100 Front St   Worcester, MA 01608−1425 | |
| 9197828 | Kenneth J. Ottaviano, Esq   Katten Muchin Rosenman   525 W Monroe St   Chicago, IL 60661−3629 | |
| 9197829 | Pennichuk   200 Concord St   Nashua, NH 03064−1202 | |

TOTAL: 16