United States Bankruptcy Court
Eastern District of New York

In re:                                                           Case No. 18-40816-nhl
22 Maple Street, LLC                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1         User: ahoward          Page 1 of 1          Date Rcvd: Feb 20, 2018
                            Form ID: pdfall         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db              22 Maple Street, LLC,    1600 63rd Street,    Brooklyn, NY  11204-2713
9197822         Capital Finance LLC,    and Capital Funding LLC,    1422 Clarkview Rd,    Baltimore, MD 21209-2385
9197823         Chief Assessor, City of Amesbury,    62 Friend St,    Amesbury, MA  01913-2825
9197824         City of Amesbury,    62 Friend St,    Amesbury, MA 01913-2825
9197825         Hudson Energy,    PO Box 29193,    New York, NY 10087-9193
9197827         +John O. Mirick, Esq.,    Mirick, O'Connell et al,    100 Front St,    Worcester, MA 01608-1426
9197828         +Kenneth J. Ottaviano, Esq,    Katten Muchin Rosenman,    525 W Monroe St,
                  Chicago, IL 60661-3693
9197829         Pennichuk,    200 Concord St,    Nashua, NH 03064-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9197826         E-mail/Text: cio.bncmail@irs.gov Feb 20 2018 18:28:40      Internal Revenue Service,
                  Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                       TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              Kevin J Nash    on behalf of Debtor    22 Maple Street, LLC KNash@gwflaw.com,    jstrauss@gwflaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                            TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:   22 Maple Street, LLC                                        Chapter 11


                                                                     Case No. 18-40816-NHL


                                          Debtor.
--------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

     22 Maple Street, LLC (the "Debtor") having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on February 14, 2018,  and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is hereby

     **ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held by the undersigned Bankruptcy Judge in Courtroom 3577,  271-C Cadman Plaza East, Brooklyn, New York 11201 on **March 8, 2018 at 11:00 a.m.**  , and it is further

     **ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at the Case Management Conference and shall be prepared to address the following matters:

1. the nature of the Debtor's business and the reason for the Chapter 11 filing;
2. the Debtor's financial condition, including post-petition operations and revenue;
3. debtor-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the Debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. the status of the Debtor's insurance;
9. deadlines for the filing of claims and a plan and disclosure statement;
10. the use of alternative dispute resolution, if appropriate;
11. if this is a single asset real estate case, whether the Debtor intends to file a plan within the time allotted pursuant to 11 U.S.C. § 362(d)(3) and whether the Debtor intends to commence adequate protection payments;
12. if this is a small business case, whether the Debtor anticipates being able to satisfy the deadlines provided by 11 U.S.C. § 1121(e);

13. if this is an individual Chapter 11 case, whether the Debtor anticipates satisfying the Bankruptcy Code requirements that apply to such cases;

14. the scheduling of additional Case Management Conferences; and

15. any other case administrative matters, and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.



**Dated: February 19, 2018**
**Brooklyn, New York**

_Nancy Hershey Lord_
_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**