KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Jeff J. Friedman
    and
525 West Monroe Street
Chicago, IL 60661
Kenneth J. Ottaviano
Paige B. Tinkham

*Counsel for Capital Funding, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**In re:**

| | |
|---|---|
| **22 Maple Street, LLC,** | **Case No. 18-40816** |
| **Debtor.** | **Chapter 11** |

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     As of the date hereof, I certify that I caused a true and correct copy of the *Order for Admission to Practice Pro Hac Vice* [Docket No. 14] to be served by first class mail upon the parties listed on the Service List attached hereto.

     Upon penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 21, 2018                    Respectfully submitted;

                                          By:   /s/ Kenneth J. Ottaviano
                                          Kenneth J. Ottaviano, (*pro hac vice*)
                                          Paige B. Tinkham (*pro hac vice*)
                                          Katten Muchin Rosenman LLP
                                          525 West Monroe Street
                                          Chicago, Illinois 60661
                                          Telephone: 312-902-5200
                                          Facsimile: 312-902-1061
                                          Kenneth.Ottaviano@kattenlaw.com
                                          Paige.Tinkham@kattenlaw.com

## SERVICE LIST

Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
Attn: Kevin J. Nash and J. Ted Donovan

Office of the United State Trustee
Eastern District of New York (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014