KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Jeff J. Friedman
      and
525 West Monroe Street
Chicago, IL 60661
Kenneth J. Ottaviano
Paige B. Tinkham

*Counsel for Capital Funding, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**

**22 Maple Street, LLC,**                                          **Case No. 18-40816**

             **Debtor.**                **Chapter 11**
-----------------------------------------------------------------x
**In re:**

**25 Oriol Drive, LLC,**                                           **Case No. 18-40817**

             **Debtor.**                **Chapter 11**
-----------------------------------------------------------------x
**In re:**

**59 Coolidge Road, LLC,**                                         **Case No. 18-40818**

             **Debtor.**                **Chapter 11**
-----------------------------------------------------------------x
**In re:**

**20 Kinmonth Road, LLC,**                                         **Case No. 18-40819**

             **Debtor.**                **Chapter 11**
-----------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

     As of the date hereof, I certify that I caused a true and correct copy of the *Amended Notice of Motion of Capital Funding, LLC for Relief from the Automatic Stay for Cause*, and *the Motion of Capital Funding, LLC for Relief from the Automatic Stay for Cause*, along with all exhibits,

notice, and proposed order, to be served by the Court's Notice of Electronic Filing upon all parties having appeared in this the above-captioned cases, and by mail to:

All creditors listed on the Debtors' list of creditors, attached hereto as Exhibit 1;

and

Counsel for the Debtors:

Goldberg Weprin Finkel Goldstein LLP

Attn: Kevin J. Nash and J. Ted Donovan

1501 Broadway

22nd Floor

New York, NY 10036

and

The Hon. Nancy Hershey Lord

U.S. Bankruptcy Court, EDNY

Conrad B. Duberstein Courthouse

271-C Cadman Plaza East – Suite 1595

Brooklyn, NY 11201-1800

Upon penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 9, 2018                                Respectfully submitted;

                                            By:    /s/ Paige Barr Tinkham
                                            Kenneth J. Ottaviano, (*pro hac vice*)
                                            Paige B. Tinkham (*pro hac vice*)
                                            KATTEN MUCHIN ROSENMAN LLP
                                            525 West Monroe Street
                                            Chicago, Illinois 60661
                                            Telephone: 312-902-5200
                                            Facsimile: 312-902-1061
                                            Kenneth.Ottaviano@kattenlaw.com
                                            Paige.Tinkham@kattenlaw.com