UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>    22 Maple Street, LLC,<br><br>           Debtor | Chapter 11<br><br>Case No.: 18-40816-NHL |

2018 APR 13 P 12: 08
RECEIVED/MR
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that John T. Morrier, appears herein as counsel to interested party KCP Advisory Group, LLC, in its capacity as receiver for 22 Maple Street, LLC, 25 Oriol Drive, LLC, 59 Coolidge Road, LLC and 20 Kinmonth Road, LLC, pursuant to Bankruptcy Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedures, and pursuant to 11 U.S.C. §§ 342 and 1109 and requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorneys listed below:

> John T. Morrier, Esquire
> Casner & Edwards, LLP
> 303 Congress Street
> Boston, MA 02210
> Tel: 617-426-5900
> Fax: 617-426-8810
> Email: morrier@casneredwards.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court;

(ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,
KCP Advisory Group, LLC, as Receiver
By its attorney,

/s/ John T. Morrier

John T. Morrier
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
Tel: 617-426-5900
Fax: 617-426-8810
Email: morrier@casneredwards.com

Date: April 10, 2018



# CASNER & EDWARDS

April 10, 2018

U.S. Bankruptcy Court, Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

Re:    22 Maple Street, LLC, Chapter 11, Case No.: 18-40816-MHL

Dear Clerk:

Please docket the attached Notice of Appearance and Request for Service on behalf of KCP Advisory Group, LLC. If there is any issue, please contact our office.

Regards,

Di-Ying Luo, Paralegal

2018 APR 13  P 12: 08
RECEIVED/MR
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK