United States Bankruptcy Court
Eastern District of New York

In re:                                                                      Case No. 18-40816-nhl
22 Maple Street, LLC                                                        Chapter 11
        Debtor
                                    **CERTIFICATE OF NOTICE**

District/off: 0207-1          User: jlecky           Page 1 of 2            Date Rcvd: Apr 23, 2018
                              Form ID: 228           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2018.
db              22 Maple Street, LLC,   1600 63rd Street,   Brooklyn, NY 11204-2713
smg            +NYC Department of Finance,   345 Adams Street,   Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
                 Albany, NY 12240-0001
smg            +United States of America,   Secretary of the Treasury,   15th Street & Pennsylvania Ave. NW,
                 Washington, DC 20220-0001
9197822         Capital Finance LLC,   and Capital Funding LLC,   1422 Clarkview Rd,   Baltimore, MD 21209-2385
9238572        +Capital Funding, LLC,   c/o Katten Muchin Rosenman LLP,   525 W. Monroe Street,
                 Chicago, IL 60661,   paige.tinkham@kattenlaw.com 60661-3629
9197823         Chief Assessor, City of Amesbury,   62 Friend St,   Amesbury, MA  01913-2825
9197824         City of Amesbury,   62 Friend St,   Amesbury, MA 01913-2825
9197825         Hudson Energy,   PO Box 29193,   New York, NY 10087-9193
9197827        +John O. Mirick, Esq.,   Mirick, O'Connell et al,   100 Front St,   Worcester, MA 01608-1426
9199577         John O. Mirick, Esq.,   Mirick, O'Connell et al,   100 Front St,   Worcester, MA 01608-1425
9247978        +John T. Morrier, Esquire,   Casner & Edwards, LLP,   303 Congress Street,
                 Boston, MA 02210-1013
9197828        +Kenneth J. Ottaviano, Esq,   Katten Muchin Rosenman,   525 W Monroe St,
                 Chicago, IL 60661-3693
9214002         Massachusetts Department of Health,   250 Washington Street,   Boston, MA 02108-4603
9197829         Pennichuk,   200 Concord St,   Nashua, NH 03064-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Apr 23 2018 18:30:28    Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA  19101-7346
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Apr 23 2018 18:31:04
                 NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Apr 23 2018 18:30:33
                 Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9199572*        Capital Finance LLC,   and Capital Funding LLC,   1422 Clarkview Rd,   Baltimore, MD 21209-2385
9199573*        Chief Assessor, City of Amesbury,   62 Friend St,   Amesbury, MA 01913-2825
9199574*        City of Amesbury,   62 Friend St,   Amesbury, MA 01913-2825
9199575*        Hudson Energy,   PO Box 29193,   New York, NY 10087-9193
9199576*        Internal Revenue Service,   Centralized Insolvency Operations,   PO Box 7346,
                 Philadelphia, PA 19101-7346
9197826*        Internal Revenue Service,   Centralized Insolvency Operations,   PO Box 7346,
                 Philadelphia, PA 19101-7346
9199578*       +Kenneth J. Ottaviano, Esq.,   Katten Muchin Rosenman,   525 W Monroe St,
                 Chicago, IL 60661-3693
9199579*        Pennichuk,   200 Concord St,   Nashua, NH 03064-1202
                                                                                 TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2018                            Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0207-1          User: jlecky              Page 2 of 2             Date Rcvd: Apr 23, 2018
                              Form ID: 228              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2018 at the address(es) listed below:

```
              J Ted Donovan    on behalf of Debtor    22 Maple Street, LLC Tdonovan@gwfglaw.com,
               jstrauss@gwfglaw.com
              J Ted Donovan    on behalf of Debtor    25 Oriol Drive, LLC Tdonovan@gwfglaw.com,
               jstrauss@gwfglaw.com
              J Ted Donovan    on behalf of Debtor    20 Kinmonth Road, LLC Tdonovan@gwfglaw.com,
               jstrauss@gwfglaw.com
              J Ted Donovan    on behalf of Debtor    59 Coolidge Road, LLC Tdonovan@gwfglaw.com,
               jstrauss@gwfglaw.com
              Jeff J Friedman    on behalf of Creditor    Capital Funding, LLC jeff.friedman@kattenlaw.com,
               nyc.bknotices@kattenlaw.com
              Kevin J Nash    on behalf of Debtor    25 Oriol Drive, LLC KNash@gwfglaw.com,   jstrauss@gwfglaw.com
              Kevin J Nash    on behalf of Debtor    20 Kinmonth Road, LLC KNash@gwfglaw.com,
               jstrauss@gwfglaw.com
              Kevin J Nash    on behalf of Debtor    59 Coolidge Road, LLC KNash@gwfglaw.com,
               jstrauss@gwfglaw.com
              Kevin J Nash    on behalf of Debtor    22 Maple Street, LLC KNash@gwfglaw.com,   jstrauss@gwfglaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Paige Barr Tinkham    on behalf of Creditor    Capital Funding, LLC paige.tinkham@kattenlaw.com
                                                                                             TOTAL: 11
```

| **Information to identify the case:** | |
|---|---|
| Debtor: **22 Maple Street, LLC** (Name) | EIN **90−1027450** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **1−18−40816−nhl** | Date case filed for chapter **11**  **2/14/18** |

# NOTICE OF CONSOLIDATION WITH AMENDED CAPTION

**NOTICE IS HEREBY GIVEN THAT:**

The above−captioned debtor(s) having filed a petition under Chapter 11 of the United States Bankruptcy Code on February 14, 2018, and an order having been entered by the Honorable Nancy Hershey Lord on April 22,2018, Jointly Administering the case and amending the caption.

**The caption is amended as set forth below:**

IN RE:

22 Maple Street, LLC, et al.,

                                                                                                           CHAPTER: 11

                DEBTOR(s)

- ☑ An order has been entered consolidating these Chapter 11 cases for **Procedural Purposes Only** and providing for its joint administration. All further original docket entries shall be made on the Lead Case: **18−40816−nhl** except for schedules, claims, claim motions, claim orders and adversary proceedings. Operating reports should be docketed on the **Lead Case** with a notation in the text window as to which case it relates to. If the cases are Chapter 11, the Chapter 11 Plan and Disclosure Statement should be docketed on each individual case.
- ☐ An order has been entered **Substantively** consolidating these Chapter 11 cases and providing for their joint administration. All further docket entries and proof of claims, shall be made on the lead case docket number: **.**

Dated: April 23, 2018

                                                                           For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLacc1d2.jsp** [Notice of Consolidation with Amended Caption rev. 02/01/17]