KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Jeff J. Friedman
    and
525 West Monroe Street
Chicago, IL 60661
Kenneth J. Ottaviano
Paige B. Tinkham

*Counsel for Capital Funding, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:

| | |
|---|---|
| **22 Maple Street, LLC,** | Case No. 18-40816 |
| Debtor. | Chapter 11 |

-----------------------------------------------------------------x
In re:

| | |
|---|---|
| **25 Oriol Drive, LLC,** | Case No. 18-40817 |
| Debtor. | Chapter 11 |

-----------------------------------------------------------------x
In re:

| | |
|---|---|
| **59 Coolidge Road, LLC,** | Case No. 18-40818 |
| Debtor. | Chapter 11 |

-----------------------------------------------------------------x
In re:

| | |
|---|---|
| **20 Kinmonth Road, LLC,** | Case No. 18-40819 |
| Debtor. | Chapter 11 |

-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

As of the date hereof, I certify that I caused a true and correct copy of the *Reply in Support of Motion of Capital Funding, LLC for Relief from the Automatic Stay For Cause* to be served by the Court's Notice of Electronic Filing upon all parties having appeared in this the above-captioned cases, and by mail to:

All creditors listed on the Debtors' lists of creditors, each attached hereto as Exhibit 1;

and

Counsel for the Debtors:
Goldberg Weprin Finkel Goldstein LLP
Attn: Kevin J. Nash and J. Ted Donovan
1501 Broadway
22nd Floor
New York, NY 10036

and

The Hon. Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201-1800

Upon penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 23, 2018                                Respectfully submitted;

By:    /s/ Paige Barr Tinkham
Kenneth J. Ottaviano, (*pro hac vice*)
Paige B. Tinkham (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
Kenneth.Ottaviano@kattenlaw.com
Paige.Tinkham@kattenlaw.com