UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 22 Maple Street, LLC, et al., | Case No. 18-40816-NHL<br>Case No. 18-40817-NHL<br>Case No. 18-40818-NHL<br>Case No. 18-40819-NHL |
| Debtors. | Jointly Administered |

-------------------------------------------------------x

## **DECLARATION OF SERVICE**

I, J. Ted Donovan, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On June 22, 2018, I caused to be served the Order Shortening time for the Hearing on Debtor's Motion to Approve Bidding Procedures, together with the Motion on creditors and parties in interest by Priority Overnight Federal Express delivery on those persons set forth in Schedule "A", and by Overnight Mail on those person set forth in Schedule "B", all marked for delivery on June 25, 2018.

On June 22, 2018, I served those parties set forth in Schedule "C" via E-Mail.

On June 25, 2018, I served those parties set forth in Schedule "D" via E-Mail.

Dated: New York, NY
      June 25, 2018

                                  /s/ J. Ted Donovan

**Schedule A**

EverSource
247 Station Dr
Westwood, MA 02090-2394

John O. Mirick, Esq.
Mirick, O'Connell et al
100 Front St
Worcester, MA 01608-1425

Paige Barr Tinkham, Esq.
Katten Muchin Rosenman
525 W Monroe St
Chicago, IL 60661-3629

Town Assessor
Town of Watertown
29 Main St
Watertown, MA 02472-4404

Town of Watertown Dept of Public Works
124 Orchard St
Watertown, MA 02472-1816

Bigelow Oil & Energy
50 Tower Rd # 1
Newton, MA 02464-1523

City of Newton
Assessment Administration
1000 Commonwealth Ave
Newton Center, MA 02459-1449

City of Newton
1000 Commonwealth Ave
Newton Center, MA 02459-1449

National Grid
245 S Main St
Hopedale, MA 01747-1412

Chief Assessor, City of Amesbury
62 Friend St
Amesbury, MA 01913-2825

City of Amesbury
62 Friend St
Amesbury, MA 01913-2825

Pennichuk
200 Concord St
Nashua, NH 03064-1202

City Assessor
City Hall
455 Main St Rm 209
Worcester, MA 01608-1870

City of Worcester
76 E Worcester St
Worcester, MA 01604-3650

Marylou Martin, Esq.
Office of the US Trustee
201 Varick St., Ste. 1006
New York, NY 10014

John T. Morrier, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, Massachusetts 02210


**Schedule B**

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Hudson Energy
PO Box 29193
New York, NY 10087-9193


**Schedule C**
Marylou Martin            Marylou.Martin@usdoj.gov
Paige Tinkham             paige.tinkham@kattenlaw.com

**Schedule D**

| | |
|---|---|
| Marylou Martin | Marylou.Martin@usdoj.gov |
| Paige Tinkham | paige.tinkham@kattenlaw.com |
| John Morrier | morrier@casneredwards.com |
| Kenneth Ottaviano | kenneth.ottaviano@kattenlaw.com |
| John Mirick | jomirick@mirickoconnell.com |