UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 11

22 Maple Street, LLC, et al.,                                  Case No. 18-40816-NHL
                                                                              Case No. 18-40817-NHL
                                                                              Case No. 18-40818-NHL
                                                                              Case No. 18-40819-NHL

                         Debtors.                    Jointly Administered
---------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF SERVICE

      I, J. Ted Donovan, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

      On July 6, 2018, in addition to those creditors and parties in interest served with the Notice of Auction and Sale set forth in the Declaration of Service previously filed with this Court (ECF #63), I also served the Notice of Auction and Sale on those parties set forth in **Schedule "A"**, by regular mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, NY
       July 16, 2018

                                                                        /s/ J. Ted Donovan
                                                                       J. Ted Donovan

## Schedule A

Avi Lipschutz
17 Van Winkle Rd
Monsey, NY 10952-1334

Larry Lipschutz
4775 Collins Ave Apt 901
Miami Beach, FL 33140-5202

Ziggy Brach
1600 63rd St
Brooklyn, NY 11204-2713