UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| 22 Maple Street, LLC, et al., | Case No. 18-40816-NHL<br>Case No. 18-40817-NHL<br>Case No. 18-40818-NHL<br>Case No. 18-40819-NHL |
| Debtors. | Jointly Administered |

-------------------------------------------------------x

## DECLARATION OF SERVICE

I, Ina Petersen, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On August 2, 2018, I caused to be served (a) the Notice of Presentment of Proposed Order Authorizing Debtors to Employ Real Estate Broker to Conduct Auction Sale; (b) the Order Authorizing Debtors' Retention of Real Estate Broker; (c) the Debtors' Application to Employ Real Estate Broker to Conduct Auction Sale, together with (d) the Declaration of Disinterestedness of Steve Thomes on those creditors and parties set forth in **Schedule "A"**, by regular mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated   August 2, 2018
          New York, NY

/s/ Ina Petersen

## SCHEDULE "A"

Capital Finance LLC
and Capital Funding LLC
1422 Clarkview Rd
Baltimore, MD 21209-2385

EverSource
247 Station Dr
Westwood, MA 02090-2394

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

John O. Mirick, Esq.
Mirick, O'Connell et al
100 Front St
Worcester, MA 01608-1425

Paige Barr Tinkham, Esq.
Katten Muchin Rosenman
525 W Monroe St
Chicago, IL 60661-3629

Kenneth J. Ottaviano, Esq.
Katten Muchin Rosenman
525 W Monroe St
Chicago, IL 60661-3629

Town Assessor
Town of Watertown
29 Main St
Watertown, MA 02472-4404

Town of Watertown Dept of Public Works
124 Orchard St
Watertown, MA 02472-1816

Bigelow Oil & Energy
50 Tower Rd # 1
Newton, MA 02464-1523

City of Newton
Assessment Administration
1000 Commonwealth Ave
Newton Center, MA 02459-1449

City of Newton
1000 Commonwealth Ave
Newton Center, MA 02459-1449

National Grid
245 S Main St
Hopedale, MA 01747-1412

Chief Assessor, City of Amesbury
62 Friend St
Amesbury, MA 01913-2825

City of Amesbury
62 Friend St
Amesbury, MA 01913-2825

Hudson Energy
PO Box 29193
New York, NY 10087-9193

Pennichuk
200 Concord St
Nashua, NH 03064-1202

City Assessor
City Hall
455 Main St Rm 209
Worcester, MA 01608-1870

City of Worcester
76 E Worcester St
Worcester, MA 01604-3650

Marylou Martin, Esq.
Office of the US Trustee
201 Varick St., Ste. 1006
New York, NY 10014

John T. Morrier, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, Massachusetts 02210

Blueprint Healthcare Real Estate Advisors LLC
Attn: Steve Thomes, Managing Director
191 N. Wacker Drive, Suite 1680
Chicago, Illinois 60606

Blueprint Healthcare Real Estate Advisors
Attn: Benjamin Firestone
191 N. Wacker Drive, Suite 1680
Chicago, Illinois 60606

Multifamily Property Platform, LLC
Attn: Mark Riso
3379 Peachtree St NE, Suite 555
Atlanta, GA 30326