| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------x<br>In re:<br><br>22 Maple Street LLC et al.,<br><br>            Debtors.<br>-------------------------------------------------------x | Presentment Date and Time:<br>January 22, 2019 at 12:00 noon<br><br>Chapter 11<br><br>Case No. 18-40816-NHL<br><br>Jointly Administered |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER DISMISSING CHAPTER 11 CASES OF 22 MAPLE STREET, LLC; 25 ORIOL DRIVE, LLC; AND 59 COOLIDGE ROAD, LLC

  **PLEASE TAKE NOTICE** that the annexed is a true copy of a proposed Order Dismissing the Chapter 11 Cases of 22 Maple Street LLC, 25 Oriol Drive LLC and 59 Coolidge Road LLC, which will be presented for settlement to the Honorable Nancy H. Lord, United States Bankruptcy Judge in her Chambers at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201 on January 22, 2019 at 12:00 noon.

  **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order must be filed with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures, with a copy delivered to Judge Lord, and served upon counsel for the Debtor, Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, New York 10036 so as to be received no later than January 22, 2019 at 12:00 noon.

Dated: New York, New York
   January 11, 2019

            GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
            Attorneys for the Debtors
            1501 Broadway, 22nd Floor
            New York, New York 10036
            (212) 221-5700


         By: /s/ J. Ted Donovan, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Return Date and Time:
December 13, 2018 at 2:30 p.m.

-----------------------------------------------------------x

In re:

Chapter 11

22 Maple Street, LLC, et al.,

Case No. 18-40816-NHL

                                  Debtor.

Jointly Administered

-----------------------------------------------------------x

## ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASES OF 22 MAPLE STREET, LLC; 25 ORIOL DRIVE, LLC; AND 59 COOLIDGE ROAD, LLC

This matter having come before the Court on Capital Funding LLC's *Motion To Dismiss Chapter 11 Cases Of 22 Maple Street, LLC; 25 Oriol Drive, LLC; and 59 Coolidge Road, LLC* [ECF #123] (the "Motion"), filed on December 21, 2018; the Court having reviewed the Motion, due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Motion is GRANTED with the consent of the Debtors based upon a settlement reached by the parties; and it is further

**ORDERED**, that the Chapter 11 cases of 22 Maple Street, LLC, 25 Oriol Drive, LLC, and 59 Coolidge Road, LLC are dismissed; and it is further

**ORDERED**, that the Debtors shall pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since their last operating reports; and it is further

**ORDERED**, that the motion [ECF #124] filed by Capital Funding LLC seeking reconsideration of the prior Order of this Court dated April 28, 2018 [ECF #32] is hereby withdrawn; and it is further

**ORDERED**, that the Chapter 11 case of 20 Kinmonth Road, LLC is not dismissed at this time, and the joint administration of these Debtors directed by prior Order of this Court dated April 22, 2018 [ECF #33] is hereby terminated, and the Clerk of the Court is directed to record all future matters in the Chapter 11 case of 20 Kinmonth Road, LLC on the docket of that case – 18-40819-NHL.